# EXHIBIT "D"

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

EMILIA STRONG SYKES
133 Furnace Run Drive
Akron, Ohio 44307,

and

BARBARA SYKES
133 Furnace Run Drive
Akron, Ohio 44307,

and

VERNON SYKES
133 Furnace Run Drive
Akron, Ohio 44307

   Plaintiffs,

vs.

BENJAMIN F. PAYTON
President
Tuskegee University
Tuskegee, Alabama 36088

and

DEAN PETER SPEARS
Tuskegee University
Tuskegee, Alabama 36088

and

MINNIE R. AUSTIN
Director
Student Life and Development
Tuskegee University
Tuskegee, Alabama 36088

Case No. _____

Judge _____

and                                           :
                                              :
TUSKEGEE UNIVERSITY                           :
Tuskegee, Alabama 36088                       :
                                              :
       Defendants.                     :

## **ORDER**

This matter came on for hearing in accordance with Plaintiffs' request under Fed. R. Civ.P. 65 for an order with temporary restraint. Having considered the relevant authorities and arguments presented, it is hereby,

ORDERED, ADJUDGED AND DECREED, that Defendants are restrained from any and all acts contrary to the April 20, 2006 declaration of Plaintiff Emilia Strong-Sykes as Miss Tuskegee University, pending a hearing on Miss Sykes' motion for a preliminary injunction which shall be heard on July _____, 2006, United States Courthouse, Montgomery, Alabama.

    No bond is required.

    It is so ordered.


_____                                 _____
Date                                                   Judge