UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

RECEIVED

| | |
|---|---|
| Emilia Strong Sykes, *et al.* | Case No. 3:06CV582-MHT |
| Plaintiffs, | |
| vs. | |
| Benjamin F. Payton, *et al.*, | Judge Thompson |
| Defendants. | |

## MOTION AND MEMORANDUM FOR THE *PRO HAC VICE* ADMISSION OF PERCY SQUIRE AS COUNSEL FOR PLAINTIFFS EMILIA STRONG SYKES, BARBARA SYKES AND VERNON SYKES

In accordance with the provisions of Local Rule 83.1(b), the undersigned hereby moves for admission *pro hac vice*. The undersigned is a member in good standing of the bar of the United States District Court for the Southern District of Ohio. A certificate of good standing is attached at Exhibit A. A proposed order granting this motion is attached at Exhibit B.

Respectfully submitted,

/s/ Percy Squire
Percy Squire, Esq.( 0022010)
Percy Squire Co., LLC
65 E. State Street, Suite 200
Columbus, Ohio 43215
614-224-6528 Telephone
614-224-6529 Facsimile
psquire@sp-lawfirm.com
Proposed Counsel for Plaintiffs