# EXHIBIT A

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

## CERTIFICATE OF
## GOOD STANDING

I, James Bonini, Clerk of this Court, certify that

**PERCY SQUIRE, BAR #0022010,**

was duly admitted to practice in this Court on

January 27, 1986

and is in good standing as a member of the Bar of this Court.

Dated at Columbus, Ohio on June 27, 2006

JAMES BONINI, CLERK

By: Jannie McCown, Deputy Clerk