# EXHIBIT B

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| Emilia Strong Sykes, *et al.* | : | |
| | : | Case No. _____ |
| Plaintiffs, | : | |
| | : | |
| vs. | : | |
| | : | Judge _____ |
| Benjamin F. Payton, *et al.*, | : | |
| | : | |
| Defendants. | | |

### ORDER GRANTING THE *PRO HAC VICE* ADMISSION OF PERCY SQUIRE AS COUNSEL FOR PLAINTIFFS EMILIA STRONG SYKES, BARBARA SYKES AND VERNON SYKES

Upon consideration of the motion for the *pro hac vice* admission of Percy Squire as counsel for Plaintiffs Emilia Strong Sykes, Barbara Sykes and Vernon Sykes, and the certificate of good standing submitted in support thereof, the motion is hereby GRANTED.

Percy Squire is hereby admitted to participate before the Court on behalf of as counsel for the Plaintiffs for all purposes in this case.

SO ORDERED this _____ day of _____, 2006.


_____
Judge _____