IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| EMILIA STRONG SYKES, et al., )<br>)<br>  Plaintiffs, )<br>)<br>  v. )<br>)<br>BENJAMIN F. PAYTON, )<br>President, )<br>Tuskegee University, )<br>et al., )<br>)<br>  Defendants. ) | CIVIL ACTION NO.<br>  3:06cv582-MHT |

ORDER

It is ORDERED that the motion for a temporary restraining order (Doc. No. 1), filed by plaintiffs Emilia Strong Sykes, Barbara Sykes, and Vernon Sykes, is denied.

Counsel for plaintiffs is DIRECTED to provide notice of this order to defendants forthwith.

DONE, this the 29th day of June, 2006.

   /s/ Myron H. Thompson   
  UNITED STATES DISTRICT JUDGE