IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
EMILIA STRONG SYKES,        )
et al.,                     )
                            )
    Plaintiffs,             )
                            )
    v.                      )   CIVIL ACTION NO.
                            )     3:06cv582-MHT
BENJAMIN F. PAYTON,         )
President,                  )
Tuskegee University,        )
et al.,                     )
                            )
    Defendants.             )
```

ORDER

It is ORDERED that the motion for a preliminary injunction (Doc. No. 1), filed by plaintiffs Emilia Strong Sykes, Barbara Sykes, and Vernon Sykes, is set for an evidentiary hearing on July 31, 2006, at 10:00 a.m. at the Frank M. Johnson Courthouse complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama 36104.

It is further ORDERED that the parties are to submit briefs, by July 19, 2006, addressing, among other things, whether plaintiff Emilia Strong Sykes has a property

interest in the title of Miss Tuskegee University sufficient to give rise to a procedural due process claim.

Counsel for plaintiffs is DIRECTED to provide notice of this order to defendants forthwith.

DONE, this the 29th day of June, 2006.

                                          /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE