```
     IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
           MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION
```

| | |
|---|---|
| EMILIA STRONG SYKES, )<br>et al., )<br> )<br>    Plaintiffs, )<br> )<br>    v. )<br> )<br>BENJAMIN F. PAYTON, )<br>President, Tuskegee )<br>UNIVERSITY, et al., )<br> )<br>    Defendants. ) | CIVIL ACTION NO.<br>3:06cv582-MHT |

ORDER

It is ORDERED that the motion for admission pro hac vice (doc. no. 2) is granted.

DONE, this the 30th day of June, 2006.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE