IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA


| | |
|---|---|
| EMILIA STRONG SYKES, et al., | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) CASE NO.:  3:06-CV-582 |
| | ) |
| vs. | ) |
| | ) |
| BENJAMIN F. PAYTON, | ) |
| PETER SPEARS, MINNIE R. AUSTIN, | ) |
| and TUSKEGEE UNIVERSITY, | ) |
| | ) |
| Defendants. | ) |


## NOTICE OF APPEARANCE

COMES NOW Ernestine S. Sapp, attorney at law, with the law firm of Gray,

Langford, Sapp, McGowan, Gray and Nathanson, and notes her appearance as counsel of

record for Defendants Benjamin F. Payton, Peter Spears, Minnie R. Austin, and Tuskegee

University in the above styled cause.


                                        Respectfully submitted,
                                        /s/Ernestine S. Sapp
                                        Ernestine S. Sapp – SAP 004

OF COUNSEL:                             Attorney for Defendants
GRAY, LANGFORD, SAPP,
McGOWAN, GRAY & NATHANSON
P.O. Box  830239
Tuskegee, Alabama  36083-0239
Telephone: (334) 727-4830
Fax:  (334) 727-5877

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 7, 2006, I electronically filed the foregoing **Notice of Appearance** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Percy Squire, Esq.
psquire@sp-lawfirm.com

Respectfully submitted,

/s/Ernestine S. Sapp
Ernestine S.  Sapp – SAP 004

E-Mail: esapp@glsmgn.com