UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| EMILIA STRONG SYKES, et al. : | |
| : | |
| Plaintiffs, : | |
| : | |
| : | Case No. 3:06 CV 582-MHT |
| v. : | |
| : | |
| VERNON SYKES, et al. : | |
| : | Judge Thompson |
| Defendants. : | |
| : | |
| : | |

# ORDER

For good cause, Plaintiffs' Motion for Expedited Discovery and Shortened Notice is hereby granted. It is therefore ordered that:

Plaintiffs will serve their expedited discovery upon Defendants and Defendants must respond to Plaintiffs' discovery by July 17, 2006; Plaintiffs may also obtain the depositions upon oral examination of the named defendants and a representative of defendant Tuskegee University between July 10, 2006 and July 28, 2006.

**SO ORDERED**

_____

Judge Thompson

# EXHIBIT "B"