IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EMILIA STRONG SYKES, *et al.*, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:06cv582-MHT |
| | ) |
| BENJAMIN PAYTON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the plaintiffs' motion for expedited discovery and shortened notice (doc. # 7), it is

ORDERED that this matter be and is hereby set for oral argument on July 12, 2006, at 9:00 a.m. CST. This proceeding shall be conducted by telephone conference and the plaintiffs shall set up the telephone conference.

The Clerk of the Court is DIRECTED to telephonically notify plaintiffs' counsel of this order and its contents.

Done this 10th day of July, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE