**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 11, 2006

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   Emilia Strong Sykes v. Benjamin F. Payton, et al.

Case Number: 3:06-cv-582-MHT

**Notice of Correction is filed this date to correct the following deficient pleading which was filed on 7/7/2006 in accordance with amended Federal Rules of Civil Procedure 5(e).**

**Reference is made to document # 7 filed electronically by counsel which did not contain his electronic signatures.**

**The pdf document containing his signature is attached to this Notice.**