# EXHIBIT "A"



# Tuskegee University
*Founded by Booker T. Washington*

Student Life and Development

June 12, 2006

Miss Emilia Sykes
133 Furnace Run Drive
Akron, Ohio  44307

Dear Miss Sykes:

It is with regret that I write this letter concerning the results of the Miss Tuskegee University Pageant that was held on April 20, 2006, in the Daniel "Chappie" James Center Arena.

The University conducted a thorough investigation to determine the discrepancy that related to the timing of Joy McCampbell's speech, the only factor affecting the final decision of the Miss Tuskegee Pageant winner.  The findings indicated that the time given by the timekeeper to the judges was incorrect.  Miss McCampbell's speech was, indeed, under the 3-minute timeline, and should not have received a penalty.  In view of these facts, we must do what is right and honorable.  Therefore, the University has declared Miss Calida Joy McCampbell the winner of the Miss Tuskegee University Pageant, and you as the First Attendant.  Miss Christie Haygood will continue as the Second Attendant.

Tuskegee University regrets that this error was made.  We regret, also, the anguish that this error has produced among those involved in the Pageant.  For this, we apologize most sincerely.

I look forward to working with you as a member of the Miss Tuskegee Court during the coming year.

Sincerely,

Minnie R. Austin

Minnie R. Austin, Director
Student Life and Development