MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA EASTERN, DIVISION

**HON. CHARLES S. COODY, MAG. JUDGE**      **AT**      **MONTGOMERY, ALABAMA**

**DATE COMMENCED:**      **7/12/06**      **AT**      **9:00 A.M. - 9:17 A.M.**

**DATE COMPLETED:**      **7/12/06**      **FTR Recorded**

| | | |
|---|---|---|
| EMILIA STRONG SYKES, et al | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| vs.. | * | CASE NO. 3:06CV582-MHT-CSC |
| | * | |
| BENJAMIN F. PAYTON, et al | * | |
| | * | |
| Defendant | * | |

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| | * | |
| Atty. Percy Squire | * | Atty.   Ernestine S. Sapp |
| | * | |

### COURT OFFICIALS PRESENT:

COURTROOM DEPUTY: WANDA STINSON      LAW CLERK: CORRIE LONG

( X) OTHER PROCEEDINGS:      *ORAL ARGUMENTS RE: MOTION TO EXPEDITE DISCOVERY via TELEPHONE CONFERENCE*

# SEE MINUTES ATTACHED

## LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| Description | Telephone conf - Oral Arguments re:motion of Expedited Discovery - 06cv582-MHT-CSC | | |
|---|---|---|---|
| **Date** | 7 /12/2006 | **Location** | Courtroom 4B |

| Time | Speaker | Note |
|---|---|---|
| 9 :00:16 AM | Court | Court convenes; Parties on line as noted; Discussions as to plntf's motion for expedite discovery; |
| 9 :01:08 AM | Atty. Squire | Response to why discovery should be allowed; Discussions regarding the 2 claims : denial of procedureal due process and breach of contract; Have moved for a preliminary injunction ; the hearing on the merits to be consolidated; |
| 9 :01:44 AM | Court | Discussions that Judge Thompson set hearing only motion for preliminary injunctive relief; |
| 9 :01:58 AM | Atty. Squire | Response; The hrg . on the motion for preliminary injunctive relief will probably be dispositive in the case; |
| 9 :02:24 AM | Court | Questions regarding the amount of discovery requested; Tuskegee Institution is a private institution; Where is the basis for Federal jurisdiction? |
| 9 :03:01 AM | Atty. Squire | Response - there is a diversity claim; |
| 9 :03:09 AM | Court | Separate claim; claim is a form of contract claim, which can be resolved by way of damages; |
| 9 :03:28 AM | Atty. Squire | Response; |
| 9 :04:37 AM | Court | Discussion as to the state law claim; |
| 9 :04:52 AM | Atty. Squire | Response; |
| 9 :05:39 AM | Court | Discussions as to the factual dispute as to what happened; |
| 9 :06:46 AM | Atty. Squire | Response; |
| 9 :07:40 AM | Court | Response; |
| 9 :07:47 AM | Atty. Squire | Response as to the merits; |
| 9 :08:14 AM | Atty. Sapp | Informs the court and plntf cnsl of plaintiffs' suspension from AKA sorority for hazing violations; Addresses the issues; The expedited motion should be considered as a motion to dismiss; |
| 9 :12:56 AM | Atty. Squire | Response re: Tuskgess University being a private University; |
| 9 :13:36 AM | Court | Response regarding prior ruling as to Tuskegee University being a private institution; |
| 9 :13:53 AM | Atty. Squire | Response; |
| 9 :14:46 AM | Atty. Sapp | Response; |
| 9 :15:08 AM | Atty. Squire | Response; |
| 9 :15:20 AM | Court | Discussion as to the fed jurisd. issue; |
| 9 :15:51 AM | Atty. Squire | Response; |
| 9 :16:01 AM | Court | Response re: damages; |
| 9 :16:15 AM | Atty. Squire | Response; |
| 9 :17:14 AM | Atty. Sapp | Response |
| 9 :17:29 AM | Court | Will take matters under advisement; Court is recessed. |