# EXHIBIT "C"

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

Emilia Strong Sykes, *et al.*       :
                                    :   Case No. _____
          Plaintiffs,               :
                                    :
vs.                                 :
                                    :
                                    :   Judge _____
Benjamin F. Payton, *et al.*,       :
                                    :
          Defendants.

### AFFIDAVIT OF BARBARA SYKES

COUNTY OF _____           )
                                   )   SS
STATE OF OHIO                      )

Barbara Sykes being first duly sworn deposes and says that:

1. I have direct knowledge of the facts herein set forth.

2. I am the mother of Emilia Sykes, who participated in the 2006 Miss Tuskegee University Pageant at Tuskegee University on April 20, 2006.

3. I attended and observed the Miss Tuskegee University Pageant.

4. At the end of the pageant, there was a three-way tie among contestants 1, 3, and 4.

5. On April 20, 2006, my daughter, Emilia Sykes, who was contestant 3, was announced as the winner of the Miss Tuskegee University Pageant pursuant to the tie break policy.

7. Contestants 1 and 4 challenged the results and requested the scores of the pageant.

8. On April 21, 2006, I attended a meeting with Emilia, Emilia's campaign manager, and Mr. Brown, Assistant to Student Life Director for the university, to discuss the results of the pageant and the subsequent challenge of the results.

9. Mr. Brown also explained the election results including the formula used to name the court members.

10. Mr. Brown explained that contestant 4 was penalized for exceeding her time limit for her speech, which led to the tie.

11. Mr. Brown further explained that when there is a tie, the contestants' scores in the talent category breaks the tie.

12. According to Mr. Brown, Emilia had the highest score in the talent category and therefore was the winner of the pageant.

13. On April 22, 2006, in light of the challenge of the pageant results, I discussed the issues with Iolantha Spencer, a representative of the university, who told me there would be no investigation of the results.

14. On April 24, 2006, I attended a meeting with Emilia and Dean Peter Spears, dean of the university.

15. At the April 24, 2006 meeting, Dean Spears explained that he did not announce Emilia as the pageant winner at an award event on April 23, 2006 because the other court members were not in attendance and he thought that Emilia may have been there to collect another award.

16. Dean Spears also explained that there was no problem with Emilia's title as Miss Tuskegee University, that the university had followed the rules in reaching the results, that there would be no investigation, and that the university stands by the results of the pageant.

17. My family and I later met with Minnie Austin, Director of Student Life and Development, who indicated that she informed President Payton that Emilia had won both the pre-pageant and the pageant, and that President Payton stated that the decision naming Emilia Miss Tuskegee University would stand.

18. On June 12, 2006, Minnie Austin, called my home to speak with Emilia and informed me and my husband, Vernon Sykes, that the results of the pageant would be changed, that there was an investigation that determined that the university made a mistake and that Emilia was no longer Miss Tuskegee University.

19. Minnie Austin also explained that, after a private investigation conducted by legal counsel, the university believed it had to correct the discovered mistake and announce a new winner of the pageant because it wanted to avoid a law suit.

20. I later read a letter from Minnie Austin to Emilia, dated June 12, 2006, informing Emilia that the university had declared contestant 4 the winner and Emilia was first attendant.

19. FURTHER AFFIANT SAYETH NAUGHT.

2

_____
Barbara Sykes

NOTARY PUBLIC

Barbara Sykes appeared before me this 28th day of June, 2006, and did swear and confirm that the above statement which she signed in my presence is true to the best of his knowledge, intention and belief.

_____
Notary Public

My commission expires _____

MEGAN PAVELKO
Notary Public, State of Ohio
My Commission Expires Sept. 20, 2009

Date: 6/28/06

3