# EXHIBIT "D"

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| EMILIA STRONG SYKES<br>133 Furnace Run Drive<br>Akron, Ohio 44307,<br><br>and<br><br>BARBARA SYKES<br>133 Furnace Run Drive<br>Akron, Ohio 44307,<br><br>and<br><br>VERNON SYKES<br>133 Furnace Run Drive<br>Akron, Ohio 44307<br><br>      Plaintiffs,<br><br>vs.<br><br>BENJAMIN F. PAYTON<br>President<br>Tuskegee University<br>Tuskegee, Alabama 36088<br><br>and<br><br>DEAN PETER SPEARS<br>Tuskegee University<br>Tuskegee, Alabama 36088<br><br>and<br><br>MINNIE R. AUSTIN<br>Director<br>Student Life and Development<br>Tuskegee University<br>Tuskegee, Alabama 36088 | Case No. _____<br><br>Judge _____ |

and                                         :
                                            :
TUSKEGEE UNIVERSITY                         :
Tuskegee, Alabama 36088                     :
                                            :
            Defendants.                     :

## ORDER

This matter came on for hearing in accordance with Plaintiffs' request under Fed. R. Civ.P. 65 for an order with temporary restraint. Having considered the relevant authorities and arguments presented, it is hereby,

ORDERED, ADJUDGED AND DECREED, that Defendants are restrained from any and all acts contrary to the April 20, 2006 declaration of Plaintiff Emilia Strong-Sykes as Miss Tuskegee University, pending a hearing on Miss Sykes' motion for a preliminary injunction which shall be heard on July _____, 2006, United States Courthouse, Montgomery, Alabama.

No bond is required.

It is so ordered.


_____                      _____
Date                                        Judge