IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| EMILIA STRONG SYKES, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) CASE NO.: 3:06-CV-582 |
| vs. | ) |
| | ) |
| BENJAMIN F. PAYTON, | ) |
| PETER SPEARS, MINNIE R. AUSTIN, | ) |
| and TUSKEGEE UNIVERSITY, | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF MINNIE R. AUSTIN

BEFORE ME the undersigned, a Notary Public, in and for the State of Alabama, County of Macon, personally appeared **MINNIE R. AUSTIN,** who being first duly sworn, says as follows:

"My name is Minnie R. Austin and I am over the age of nineteen (19) years. I am a resident of Tuskegee, Alabama and employed at Tuskegee University as Director of Student Life and Development. One of my duties was the coordination of the 2006-2007 "Miss Tuskegee University", voting and pageant. I am familiar with the facts stated in this affidavit.

Calida Joy McCampbell was the winner of the popular vote for "Miss Tuskegee University. Emilia Sykes came in third. The next phrase was the pageant held on April 20, 2006. The final contestants were narrowed to: Contestant #1 - Cristi A. Haygood; Contestant #2 – Alexis J. Adams; Contestant #3 – Emilia Sykes and Contestant #4 –

Calida Joy McCampbell. There were five judges with one of the judges also serving as the time-keeper. The original time-keeper didn't show up.

Calida Joy McCampbell received the highest total score at the pageant. A discrepancy arose relating to the timing of Contestant #4 – Calida Joy McCampbell's speech and the penalty therefore. This error resulted in Miss McCampbell having points erroneously deducted from her speech score by each judge for exceeding the three minutes speech time-limit. McCampbell immediately challenged the results. All of the contestants were aware of this cloud.

Later, after an investigation and upon examination of the official tape of the pageant speeches and the official pageant video, it clearly showed that Miss McCampbell's speech was well within the three minute time-limit. It was only two minutes and twenty-seven seconds. Therefore, no points for a speech penalty should have been deducted from contestant #4 - Calida Joy McCampbell.

Tuskegee corrected the error and gave notice to both contestants involved by letter from me dated June 12, 2006 and a telephone all of the same date.

Emilia Sykes held the title of "Miss Tuskegee University for only 1½ months (April 20, 2006 – June 12, 2006). During much of this time, Tuskegee was in recess from May 14, 2006 to June 5, 2006. This was an unfortunate error and Tuskegee regrets and apologized for it. It was simply an honest mistake.

_Minnie R. Austin_ (L.S.)
MINNIE R. AUSTIN

SWORN TO AND SUBSCRIBED BEFORE ME THIS 11TH DAY OF JULY, 2006.

_signature_
NOTARY PUBLIC

MY COMMISSION EXPIRES: 4/27/07