IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| EMILIA STRONG SYKES,  ) | |
| et al.,                ) | |
|                        ) | |
|    Plaintiffs,         ) | |
|                        ) | |
|    v.                  ) | CIVIL ACTION NO. |
|                        ) |   3:06cv582-MHT |
| BENJAMIN F. PAYTON, etc., ) | |
| et al.,                ) | |
|                        ) | |
|    Defendants.         ) | |

ORDER

It is ORDERED that defendant Tuskegee University's motion to dismiss (Doc. No. 8) and motion to strike (Doc. No. 19) are set for hearing on July 31, 2006, at 10 a.m. at the Frank M. Johnson Courthouse complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama 36104.  This hearing will coincide with the already-scheduled evidentiary hearing on plaintiffs' motion for a preliminary injunction.

It is further ORDERED that the parties have until July 27, 2006, at 4 p.m., to submit briefs on the motion

to dismiss and motion to strike, to the extent the parties wish to expand upon or add to the arguments they have advanced in their previous filings.

DONE, this the 20th day of July, 2006.

                                      /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE