**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 20, 2006

# NOTICE OF DOCKETING ERROR

To: ALL COUNSEL OF RECORD

**Case Style:  Emilia Strong Sykes, et al. v. Benjamin F. Payton, et al.**

**Case Number: 3:06-cv-582-MHT**

**Document  #20**

**The above referenced Memorandum was e-filed on 7/19/2006 without Exhibits B-D attached.**

**Counsel then e-filed a duplicate Memorandum, document #21 with all Exhibits A-D attached. Therefore #20 Memorandum is hereby STRICKEN from the record as a docketing error and the parties are instructed to disregard that entry on the court's docket for this case.**