UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

EMILIA STRONG SYKES, *et al.*        :
                                     :     Case No. 3:06cv582-MHT
            Plaintiffs,              :
                                     :     Judge Thompson
      vs.                            :
                                     :     Magistrate Judge Coody
BENJAMIN F. PAYTON, *et al.*         :
                                     :
            Defendants.              :

<u>REPLY OF PLAINTIFFS TO DEFENDANTS' SUPPLEMENTAL BRIEF IN
SUPPORT OF MOTION TO DISMISS AND MOTION TO STRIKE</u>

Defendants have filed the affidavit of Defendant Peter Spears in support of their supplemental brief. Defendant Spears' affidavit alleges that Miss Emilia Sykes has been suspended from Alpha Kappa Alpha Sorority, thereby rendering her ineligible to hold the title "Miss Tuskegee University." The Affidavit of Defendant Spears is an example of the shoddy and half-baked administrative practices of Defendants that have created the current predicament concerning the "Miss Tuskegee University" title. At Exhibit A is an email message from Faye Haygood, President of Alpha Kappa Alpha Sorority. As one would expect in any civilized environment, Alpha Kappa Alpha's internal procedures provide for an appeal from the totally baseless hazing allegations that has been leveled at Miss Sykes. The email at Exhibit A, according to its addressee list, was sent to Defendant Tuskegee University. There is considerable evidence that the scurrilous hazing allegation is an outgrowth of Miss Tuskegee University pageant controversy, given that the daughter of the local Tuskegee sorority official bringing the allegation, was one of the Miss Tuskegee University contestants. Suffice it to say that the purported suspension of Miss Sykes has been vacated pending further appeals.

Defendant Spears should have advised the Court of these additional developments prior to further unjustifiably besmirching the reputation of Plaintiff Emilia Sykes.

The Affidavit of Defendant Spears should be given absolutely no evidentiary weight except as an example of Defendants' penchant for unfairness.

Respectfully submitted,

*s/Percy Squire*
Percy Squire, Esq.( 0022010)
Percy Squire Co., LLC
514 S. High Street
Columbus, Ohio 43215
614-224-6528 Telephone
614-224-6529 Facsimile
psquire@sp-lawfirm.com
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via email via the CM/ECF system to the party below, on the 28th day of July, 2006:

Ernestine S. Sapp
esapp@glsmgn.com

*s/Percy Squire*
Percy Squire, Esq.( 0022010)

2