From: Faye Haygood <fayehaygoodaka@earthlink.net>
Reply-To: Faye Haygood <fayehaygoodaka@earthlink.net>
Sent: Tuesday, July 18, 2006 4:41 PM
To: Faye Haygood <fayehaygoodaka@earthlink.net>, abdullahkhadijah@yahoo.com, princessqueta@aol.com, marquita_bradshaw@yahoo.com, markia1981@aol.com, jessica.clemons@hotmail.com, 1b1citizen@gmail.com, 1b1citizen@gmail.com, 1b1citizen@gmail.com, dshields_danielle@yahoo.com, tahirahfb@yahoo.com, keon_frazier@yahoo.com, keishagreen07@yahoo.com, sweetiepie27@aol.com, andreastharris@yahoo.com, cristiahaygood@yahoo.com, shakese.hudley@tuskegee.edu, shakese_hudley_@tuskegee.edu, t_jones14@yahoo.com, latreyana@yahoo.com, brit825@aol.com, kndr2002@aol.com, kermetria@yahoo.com, brittnmont@hotmail.com, ashley_pellerin@yahoo.com, ramona.pettway@tuskegee.edu, natalie-phillips@hotmail.com, melanie.ratcliffe@gmail.com, kristirussel@yahoo.com, jar42314@msn.com, neidra.simmons@us.army.mil, d_simmons06@yahoo.com, blackangel127127@aol.com, emiliasykes@hotmail.com, lauryn_thomas@yahoo.com, angeletatoney@yahoo.com, ami110200@msn.com, wall_mia@yahoo.com, dmw333@aol.com, brownrecluce4u@aol.com, ingy401@aol.com, hayvencarter@hotmail.com, meria2002@aol.com, fancyone0103@hotmail.com, kendragriffin@msn.com, danni871@aol.com, tacaralee@yahoo.com, tcmunford@hotmail.com, jessicaokeke@yahoo.com, Tiffany Taylor <tiffcham@aol.com>, skegeegirl06@aol.com, dorthea_rw@yahoo.com, lashelli101582@aol.com
Subject: Re:CHANGE in Status for Suspended Sorors

Dear Sorors,
As promised, this is an update for Gamma Kappa Chapter. Per communication from Soror Cynthia Finch, the timeline to address the appeals prior to Boule would render her unable to evaluate the appeals. Therefore, the following has occurred. 1. Those individuals receiving suspension letters are no longer suspended but are in Inactive Status until a full inquiry can be made. 2. Gamma Kappa Chapter matter will be turned over to the next Administration. Sorors Davis, Roberts, Gunn and I will continue to keep you all informed. I look forward to sharing highlights from the Boule with everyone.

Sisterly Love,
Soror Faye


EXHIBIT A