IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| EMILIA STRONG SYKES, et al., | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CASE NO.:  3:06-CV-582 |
| | ) | |
| vs. | ) | |
| | ) | |
| BENJAMIN F. PAYTON, | ) | |
| PETER SPEARS, MINNIE R. AUSTIN, | ) | |
| and TUSKEGEE UNIVERSITY, | ) | |
| | ) | |
| Defendants. | ) | |

## ANSWER TO COMPLAINT AS AMENDED

COME NOW Defendants Benjamin F. Payton, Peter Spears, Minnie R. Austin, and Tuskegee University, by and through their attorneys of record and respond to the Plaintiffs' Complaint as follows:

### INTRODUCTION

1.      Denied.

### JURISDICTION

2.      Denied.

### VENUE

3.      Admitted.

4.      Defendants, based on information and belief, admit that Plaintiff Emilia Strong Sykes is a student at Tuskegee University and a citizen of Ohio.  All other parts of the averment are denied and strict proof is demanded.

5.      Defendants based on information and belief, admit that Barbara and Vernon Sykes are the parents of Emilia.  All other parts of the averment are denied and strict proof demanded.

6.      Defendants admit that Benjamin F. Payton is the President of Tuskegee University and a citizen of Alabama.  All other parts of the averment are denied.

7.      Defendants admit that Dean Peter Spears is a citizen of Alabama.  All other parts of the averment are denied.

8.      Defendants admit that Minnie R. Austin is the Director of Student Life and Development and a citizen of Alabama.  All other parts of the averment are dismissed.

9.      Denied.

## FACTUAL BACKGROUND

10.    Admitted.

11.    Denied.

12.    Based on information and belief, admitted.

13.    Denied.

14.    Denied.

## COUNT ONE – PROMISSORY ESTOPPEL

15.    Defendants adopt and re-aver all prior paragraphs as answered and stated fully herein.

16.    Denied.

17.    Denied.

18.    Denied.

19.    Denied.

20.    Denied.

21.    Denied.

## SECOND COUNT – PROCEDURAL DUE PROCESS

22.    Defendants adopt and re-aver all prior paragraphs as answered and stated

fully herein.

23.    Denied.

24.    Denied.

25.    Denied.

26.    Denied.

27.    Denied.

## THIRD COUNT-INTENTIONAL INFLICTION
## OF EMOTIONAL DISTRESS

28.    Defendants adopt and re-aver all prior paragraphs as answered and stated

fully herein.

29.    Denied.

30.    Admitted.

31.    Denied.

32.    Denied.

## AFFIRMATIVE DEFENSES

### First Defense

Defendants deny each and every material allegation of the Plaintiffs' Complaint and demand strict proof thereof.

### Second Defense

Defendants plead the general issue and demand strict proof thereof.

### Third Defense

Defendants plead not guilty.

### Fourth Defense

Defendants plead lack of jurisdiction.

### Fifth Defense

Defendants deny any outrageous conduct.

### Sixth Defense

Defendants plead improper cause of action and/or lack of cause of action.

### Seventh Defense

Defendants plead denial of any promissory estoppel.

### Eighth Defense

Defendants plead denial of any procedural due process.

### Ninth Defense

Defendants plead denial of any intentional infliction of emotional distress.

## Tenth Defense

Defendants plead that there was no cause of action listed for *42 U.S.C. Section 1983* and *Fourteenth Amendment* to the *U.S. Constitution* violations.

## Eleventh Defense

Defendants plead that there was no allegation of an affirmative misrepresentation for a promissory estoppel.

## Twelfth Defense

Defendants plead good faith effort to correct a clear error.

## Thirteenth Defense

Defendants plead reasonable and justified actions to correct an error.

## Fourteenth Defense

Defendant plead that the Plaintiffs' Complaint fails to state a claim upon which relief may be granted.

## Fifteenth Defense

Defendants plead lack of jurisdiction for failure to allege the proper jurisdictional amount.

## Sixteenth Defense

Defendants reserve the right to supplement their answers.

Respectfully submitted,

/s/Ernestine S. Sapp

GRAY, LANGFORD, SAPP,                  Ernestine S. Sapp – SAP 004
McGOWAN, GRAY & NATHANSON
P.O. Box 830239                        Attorney for Defendants
Tuskegee, AL  36083-0239
Telephone:  (334) 727-4830
Fax:    (334) 727-5877
E-Mail:  esapp@glsmgn.com

5

6

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2006, I electronically filed the foregoing **Answer to Complaint As Amended** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Percy Squire, Esq.
psquire@sp-lawfirm.com

> Respectfully submitted,
> /s/Ernestine S. Sapp
> Ernestine S. Sapp – SAP 004
>
> E-Mail: esapp@glsmgn.com