UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| EMILIA STRONG SYKES, *et al.* | : |
| Plaintiffs, | : Case No. 3:06cv582-MHT |
| vs. | : Judge Thompson |
| BENJAMIN F. PAYTON, *et al.* | : Magistrate Judge Coody |
| Defendants. | : |

**PLAINTIFFS' JURY DEMAND.**

In accordance with the provisions of Fed. Rule Civ. P. 38, Plaintiffs hereby demand a trial by jury in connection with all matters triable to a jury as a matter of right.

Respectfully submitted,

*s/Percy Squire*
Percy Squire, Esq.( 0022010)
Percy Squire Co., LLC
514 South High. St.
Columbus, Ohio 43215
614-224-6528 Telephone
614-224-6529 Facsimile
psquire@sp-lawfirm.com
Counsel for Plaintiffs

2

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent via email via the CM/ECF system to the party below, on the 31st day of July, 2006:

Ernestine S. Sapp
esapp@glsmgn.com

                                   *s/Percy Squire*_____
                                   Percy Squire, Esq.( 0022010)