IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| EMILIA STRONG SYKES, et al., | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) CASE NO.: 3:06-CV-582 |
| | ) |
| vs. | ) |
| | ) |
| BENJAMIN F. PAYTON, | ) |
| PETER SPEARS, MINNIE R. AUSTIN, | ) |
| and TUSKEGEE UNIVERSITY, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

COMES NOW Fred D. Gray, attorney at law, with the law firm of Gray, Langford, Sapp, McGowan, Gray and Nathanson, and notes his appearance as additional counsel of record for Defendants Benjamin F. Payton, Peter Spears, Minnie R. Austin, and Tuskegee University in the above styled cause.

                                                                                           Respectfully submitted,
                                                                                           /s/Fred D. Gray
                                                                                           Fred D. Gray – GR-022

OF COUNSEL:                                  Attorney for Defendants
GRAY, LANGFORD, SAPP,
McGOWAN, GRAY & NATHANSON
P.O. Box 830239
Tuskegee, Alabama 36083-0239
Telephone: (334) 727-4830
Fax: (334) 727-5877

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 31, 2006, I electronically filed the foregoing **Notice of Appearance** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Percy Squire, Esq.
psquire@sp-lawfirm.com

                                            Respectfully submitted,

                                            /s/Fred D. Gray
                                            Fred D. Gray – GR-022

                                            E-Mail: fgray@glsmgn.com