```
     IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

         MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


EMILIA STRONG SYKES,          )
et al.,                       )
                              )
    Plaintiffs,               )
                              )
    v.                        )    CIVIL ACTION NO.
                              )     3:06cv582-MHT
BENJAMIN F. PAYTON, etc.,     )
et al.,                       )
                              )
    Defendants.               )
```

### ORDER

At the oral request of plaintiffs' counsel, made at the evidentiary hearing held on July 31, 2006, and in light of the court's understanding that the parties have reached an agreement in principle to resolve the claim for injunctive relief in this case, it is ORDERED that the motion for a preliminary injunction (Doc. No. 1), filed by plaintiffs Emilia Strong Sykes, Barbara Sykes, and Vernon Sykes, is withdrawn.

DONE, this the 1st day of August, 2006.

                     /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE