# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE            AT MONTGOMERY   ALABAMA

DATE COMMENCED  July 31, 2006            AT  10:05   A.M./P.M.

DATE COMPLETED  July 31, 2006            AT  3:05   A.M./P.M.

EMILIA STRONG SYKES et al.

    plaintiff

     v.                                    Civil Action
                                                           3:06-cv-582-MHT

BENJAMIN F. PAYTON, et al.

    defendants

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| Atty Percy Squire | X | Atty Ernestine S. Sapp |
|  | X | Atty Fred Gray |
|  | X |  |

COURT OFFICIALS PRESENT:

| Anthony Green, Courtroom Clerk | David Sapp, Law Clerk | Mitchell Reisner, Court Reporter |
|---|---|---|

PROCEEDINGS:

( ) NONJURY TRIAL
(X) OTHER PROCEEDING    EVIDENTIARY HEARING

| Time | Event |
|---|---|
| 10:05 a.m | Evidentiary hearing commenced. Parties' summary of complaint and status of case. Witnesses sworn; Witness Rule invoked. All exhibits admitted by court. Plaintiffs' evidence presented. Defendants' evidence commenced. |
| 12:07 p.m. | Recess |
| 1:08 p.m | Defendants' evidence continued. |
| 2:10 p.m. | Recess for attorneys to confer regarding settlement. |
| 3:02 p.m. | Hearing commenced. Defendants' oral request to withdraw motion for preliminary injunction without prejudice. Oral request to withdraw motion for preliminary injunction to be granted by court. Parties' directed to Magistrate Judge McPherson for mediation. |
| 3:05 p.m | Hearing concluded. |