```
              IN THE UNITED STATES DISTRICT COURT FOR THE
                MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


EMILIA STRONG SYKES et al.
         plaintiff                          3:06cv582-MHT

         VS.

BENJAMIN F. PAYTON et al.
         defendant
```

|  PLAINTIFFS | DEFENDANTS |
|---|---|

## WITNESS LIST

1. MINNIE RUTH AUSTIN

2. BARBARA SYKES