| | PLAINTIFFS' EXHIBITS  EVIDENTIARY HEARING | | | | EMILIA STRONG SYKES et al.  v  BENJAMIN F. PAYTON  3:06cv582-MHT |||
|---|---|---|---|---|---|---|---|
| | | | | | JUDGE MYRON H. THOMPSON  MITCHELL REISNER |||
| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION ||
| YES | 7/31/2006 | 7/31/2006 | 1 | Austin | | June 12, 2006 letter from Minnie Austin ||
| YES | 7/31/2006 | 7/31/2006 | 2 | | | Defendant's discovery responses, exhibits ||
| YES | 7/31/2006 | 7/31/2006 | 3 | | | Defendant's discovery responses ||
| YES | 7/31/2006 | 7/31/2006 | 4 | Austin | | Letter to Miss Francesca C. Duncan ||
| YES | 7/31/2006 | 7/31/2006 | 5 | Austin | | The Reporter News dated May 20, 2006 ||
| | | | | | | *Exhibits located in expansion folder w/case file ||