| DEFENDANTS' EXHIBITS EVIDENTIARY HEARING | | | | | EMILIA STRONG SYKES et al. v BENJAMIN F. PAYTON et al. 3:06cv582-MHT | | |
|---|---|---|---|---|---|---|---|
| | | | | | JUDGE MYRON H. THOMPSON MITCHELL REISNER, COURT REPORTER | | |
| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | | DESCRIPTION |
| YES | 7/31/2006 | 7/31/2006 | 1 | Austin | | Condensed Item Analysis Report (Popular Vote) | |
| YES | 7/31/2006 | 7/31/2006 | 2 | Austin | | Pageant Procedure Manual | |
| YES | 7/31/2006 | 7/31/2006 | 3 | | | Contestants' Name and Number | |
| YES | 7/31/2006 | 7/31/2006 | 4 | Austin | | Initial Speech Category Vote of Judges (deduction for overtime) | |
| YES | 7/31/2006 | 7/31/2006 | 5 | Austin | | Requested Second Speech Category Vote of Judges (mandatory 25 points deducted) | |
| YES | 7/31/2006 | 7/31/2006 | 6 | | | Pageant Video (Digital Video enclosed) | |
| YES | 7/31/2006 | 7/31/2006 | 7 | | | 2006 Tally Sheet by Mr. Brown | |
| YES | 7/31/2006 | 7/31/2006 | 8 | Austin | | 2006 Election Point System | |
| YES | 7/31/2006 | 7/31/2006 | 9 | | | Other Score Sheets of Judges | |
| YES | 7/31/2006 | 7/31/2006 | 10 | | | Pageant Program | |
| YES | 7/31/2006 | 7/31/2006 | 11 | | | Letter from Cynthia J. Finch - Alpha Kappa Sorority | |
| YES | 7/31/2006 | 7/31/2006 | 12 | | | Tuskegee University Student Handbook | |
| YES | 7/31/2006 | 7/31/2006 | 13 | | | Tuskegee University Office of Student Life and Development Mr./Miss Tuskegee University Procedures Manual | |
| YES | 7/31/2006 | 7/31/2006 | 14 | Sykes | | Letter Dated 4/26/2006 to Barbara Williams | |
| | | | | | *Exhibits located in expansion folder w/case file | | |