UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| EMILIA STRONG SYKES, *et al.* : | |
| : | Case No. 3:06cv582-MHT |
| Plaintiffs, : | |
| : | Judge Thompson |
| vs. : | |
| : | Magistrate Judge Coody |
| BENJAMIN F. PAYTON, *et al.* : | |
| : | |
| Defendants. : | |

## MOTION TO VOLUNTARILY DISMISS

In accordance with the provisions of Rule 41 (a)(2) Plaintiffs hereby move to voluntarily dismiss this action without prejudice.

Respectfully submitted,

*s/Percy Squire*
Percy Squire, Esq.( 0022010)
Percy Squire Co., LLC
514 South High. St.
Columbus, Ohio 43215
614-224-6528 Telephone
614-224-6529 Facsimile
psquire@sp-lawfirm.com
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via email via the CM/ECF system to the party below, on the 2nd day of August, 2006:

Ernestine S. Sapp
esapp@glsmgn.com

                                      *s/Percy Squire*
                                      Percy Squire, Esq.( 0022010)