IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| EMILIA STRONG SYKES, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) CASE NO.:  3:06-CV-582 |
| vs. | ) |
| | ) |
| BENJAMIN F. PAYTON, | ) |
| PETER SPEARS, MINNIE R. AUSTIN, | ) |
| and TUSKEGEE UNIVERSITY, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' RESPONSE TO PLAINTIFFS'
MOTION TO VOLUNTARILY DISMISS**

COME NOW Defendants in the above entitled cause and in response to Plaintiffs' motion to voluntarily dismiss, state that the Defendants have no objection to voluntary dismissal this action without prejudice.

Respectfully submitted,

/s/ Ernestine S. Sapp
GRAY, LANGFORD, SAPP, McGOWAN,
GRAY & NATHANSON
Post Office Box 830239
Tuskegee, AL  36083-0239
Telephone:  (334) 727-4830
Fax:     (334) 727-5877

2

## CERTIFICATE OF SERVICE

    I hereby certify that I served a copy of the above and foregoing instrument upon Honorable Percy Squire, Attorney for Plaintiffs via the CM/ECF Electronic Filing System, this 2nd day of August 2006.

                                               /s/ Ernestine S. Sapp
                                               OF COUNSEL