UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| EMILIA STRONG SYKES, *et al.* | : | |
| | : | Case No. 3:06cv582-MHT |
| Plaintiffs, | : | |
| | : | Judge Thompson |
| vs. | : | |
| | : | Magistrate Judge Coody |
| BENJAMIN F. PAYTON, *et al.* | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF VOLUNTARY DISMISSAL

By reason of Defendants' August 2, 2006 consent, a copy of which is at Exhibit A, Plaintiffs hereby voluntarily dismiss this action, without prejudice, under the provisions of Fed. R. Civ. P. 41(a)(1).

Respectfully submitted,

*s/Percy Squire*
Percy Squire, Esq.( 0022010)
Percy Squire Co., LLC
514 South High. St.
Columbus, Ohio 43215
614-224-6528 Telephone
614-224-6529 Facsimile
psquire@sp-lawfirm.com
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via email via the CM/ECF system to the party below, on the 3rd day of August, 2006:

Ernestine S. Sapp
esapp@glsmgn.com

                                    *s/Percy Squire*
                                    Percy Squire, Esq.( 0022010)