IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| EMILIA STRONG SYKES, et al., ) ) ) | |
| Plaintiffs, ) ) ) | |
| v. ) ) ) | CIVIL ACTION NO. 3:06cv582-MHT (WO) |
| BENJAMIN F. PAYTON, President, Tuskegee UNIVERSITY, et al., ) ) ) ) ) | |
| Defendants. ) | |

**JUDGMENT**

It is the ORDER, JUDGMENT and DECREE of the court that plaintiffs' motion to dismiss (doc. no. 36) is granted and that this cause is dismissed in its entirety without prejudice.

It is further ORDERED that any other outstanding motions are denied as moot.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 4th day of August, 2006.**

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**